**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farmers Insurance Company of Arizona, ) | No. CIV 05-2923-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| SC Johnson & Son Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Having considered the request of Defendant SC Johnson & Son Inc. to allow its party representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference on October 4, 2006, at 4:00 p.m. before this Court [Dkt. #8], and for good cause shown,

**IT IS ORDERED** that Defendant SC Johnson & Son's out-of-state party representative may appear telephonically at the October 4th Rule 16 Conference. SC Johnson and Son's representative shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 2nd day of October, 2006.

Stephen M. McNamee
United States District Judge