**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farmers Insurance Company of Arizona, | No. CIV 05-2923-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| SC Johnson & Son Inc., | |
| Defendant. | |

On April 2, 2007, a Status Hearing was held in this matter regarding a stay issued by the Court on October 4, 2006. In issuing this stay, the Court found that some of the issues in this case, such as aspects of liability and damages, are also being litigated in the Coconino County Superior Court action, *Dennis v. Farmers Ins. Co.*, et al., CV-20050701. As such, the resolution of those issues could have a determinative impact on the matters before this Court. The Court granted that initial stay to conserve judicial resources and reduce the costs to the litigants.

At the Status Hearing, counsel informed the Court that a motion for summary judgment is pending before the Coconino County Superior Court and that limited discovery had to be conducted before the judge could rule on that motion. Counsel anticipated that the requisite discovery could have been competed before the Status Hearing in this case, but it has not. As noted, the scope of discovery in the Superior Court case encompasses some of the issues in this case, such as expert testimony regarding causation and damages.

1   Farmers Insurance Company of Arizona urges this Court to lift the stay and proceed
2   with discovery.  S.C. Johnson & Son Inc., understandably, seeks to keep the stay in place to
3   allow the Superior Court case to move forward first.  This Court understands the difficulties
4   facing the Superior Court Judge.  Therefore, the Court concludes that the parties and both
5   courts would benefit from a brief continuation of the stay in this Court.  In an effort to further
6   conserve judicial resources, the Court will extend the stay for an additional sixty (60) days
7   while the related action pending in the Coconino County Superior Court, *Dennis v. Farmers*
8   *Ins. Co.*, et al., CV-20050701, proceeds.

9   Accordingly,

10  **IT IS ORDERED** that the Court shall extend the stay in this action until June 5, 2007.

11  **IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this
12  matter on **June 5, 2007 at 4:00 p.m.** in Courtroom 605, 401 W. Washington St., Phoenix,
13  Arizona, before the Honorable Stephen M. McNamee.

14  **IT IS FURTHER ORDERED** that counsel in this case, in cooperation with counsel
15  in the Superior Court case, *Dennis v. Farmers Ins. Co.*, et al., CV-20050701, develop a
16  unified discovery plan to move these cases forward to avoid duplication of resources.

17  **IT IS FURTHER ORDERED** that the Clerk of Court shall send a courtesy copy of
18  this Order to the Honorable Danna Hendrix , Coconino County Superior Court Judge,
19  Division I, 200 N. San Francisco St., Flagstaff, Arizona 86001.

20  DATED this 5th day of April, 2007.

*(signature)*
Stephen M. McNamee
United States District Judge