1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Farmers Insurance Company of Arizona, )    No. CV-05-2923-PHX-SMM
                                          )
10                                        )    **ORDER OF DISMISSAL WITHOUT**
                   Plaintiff,             )    **PREJUDICE**
11                                        )
     v.                                   )
12                                        )
                                          )
13   S.C. Johnson & Son, Inc.,            )
                                          )
14                                        )
                   Defendant.             )
15                                        )
                                          )
     _____     )
16

17        Pursuant to the parties' Stipulation of Dismissal without Prejudice filed herein

18   (Dkt. 18),

19        **IT IS HEREBY ORDERED** dismissing Plaintiff's Complaint without prejudice,

20   each party to bear its own fees and costs.

21        **IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this

22   matter.

23        DATED this 16th day of April, 2008.

24

25

26                                    Stephen M. McNamee
                                      United States District Judge
27

28